Form 1-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| ITECH361, LLC | |
|---|---|
| | **Plaintiff,** |
| v. | |
| UNITED STATES, | |
| | **Defendant.** |

**S U M M O N S**

**Court No.** 24-00099

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | Santa Teresa, NM & Los Angeles, CA | Center (if known): | CEE007 |
|---|---|---|---|
| Protest Number: | 2408-24-100349 | Date Protest Filed: | 01/31/2024 |
| Importer: | Itech361, LLC | Date Protest Denied: | 03/28/2024 |
| Category of Merchandise: | chargers | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| BXE01154085 | 9/23/2022 | 8/04/2023 | BXE01196490 | 4/03/2023 | 8/04/2023 |
| | | | | | |
| | | | | | |
| | | | | | |

Elon A. Pollack
STEIN SHOSTAK SHOSTAK POLLACK & O'HARA LLP
865 S. FIGUEROA STREET, SUITE 1388
LOS ANGELES, CA 90017
TEL: (213)630-8888 Email: elon@steinshostak.com
Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| wall & car chargers | 8504.40.9510 | Free | 8504.40.8500 (9903.88.67) | Free |
| wall chargers | 8544.49.1000 | Free | 8504.40.8500 (9903.88.67) | (No China Tariff) |
| USB cables | 8544.49.1000 | Free | 8504.42.2000 (9903.88.67) | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

Customs decided the wall chargers, car chargers, and USB cables are not eligible for Section 301 tariff exclusion. Contrary to Customs position, the wall and car chargers are properly classified under 8504.40.8500, the USB cables are properly classified under 8504.42.2000, and are all eligible for a Section 301 exclusion.

The issue which was common to all such denied protests:

Whether the wall chargers, car chargers, and the USB cables are properly classified under 8504 and eligible for a Section 301 exclusion.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ Elon A. Pollack

*Signature of Plaintiff's Attorney*

June 5, 2024

*Date*